Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-388-066**

**Effective Date of Registration:**
January 18, 2024
**Registration Decision Date:**
March 26, 2024

## Title

**Title of Work:** Outer Space Pizza Cat - Rainbow Laser, Taco, Burrito 2

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** June 30, 2018
**Nation of 1st Publication:** Australia

## Author

- **Author:** James Booker
  **Pseudonym:** Random Galaxy
  **Author Created:** 2-D artwork
  **Citizen of:** Australia
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** James Booker
12 Pearl Circuit, Springfield, Queensland, 4300, Australia

## Rights and Permissions

**Organization Name:** Tate & Co Licensing
**Name:** Joseph Tate
**Email:** info@tatelicensing.com
**Telephone:** (732)395-7696

## Certification

**Name:** David Denholm



# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**
**VA 2-390-856**

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 16, 2024

## Title

**Title of Work:** Funny Space Sloth With Pizza

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** October 18, 2018
**Nation of 1st Publication:** Australia

## Author

- **Author:** James Booker
  **Pseudonym:** Random Galaxy
  **Author Created:** 2-D artwork
  **Citizen of:** Australia
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** James Booker
12 Pearl Circuit, Springfield, Queensland, 4300, Australia

## Rights and Permissions

**Organization Name:** Tate & Co Licensing
**Name:** Joseph Tate
**Email:** info@tatelicensing.com
**Telephone:** (732)395-7696

## Certification

**Name:** David Denholm



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-390-859**

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 16, 2024

## Title

**Title of Work:** Funny Space Sloth With Pizza Riding On Turtle

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** October 18, 2018
**Nation of 1st Publication:** Australia

## Author

- **Author:** James Booker
  **Pseudonym:** Random Galaxy
  **Author Created:** 2-D artwork
  **Citizen of:** Australia
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** James Booker
12 Pearl Circuit, Springfield, Queensland, 4300, Australia

## Rights and Permissions

**Organization Name:** Tate & Co Licensing
**Name:** Joseph Tate
**Email:** info@tatelicensing.com
**Telephone:** (732)395-7696

## Certification

**Name:** David Denholm



# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**
**VA 2-390-864**
**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 16, 2024

## Title

**Title of Work:** Laser Eyes Space Cat Riding Rainbow Pizza

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** November 26, 2017
**Nation of 1st Publication:** Australia

## Author

- **Author:** James Booker
  **Pseudonym:** Random Galaxy
  **Author Created:** 2-D artwork
  **Citizen of:** Australia
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** James Booker
12 Pearl Circuit, Springfield, Queensland, 4300, Australia

## Rights and Permissions

**Organization Name:** Tate & Co Licensing
**Name:** Joseph Tate
**Email:** info@tatelicensing.com
**Telephone:** (732)395-7696

## Certification

**Name:** David Denholm



# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-388-065**

**Effective Date of Registration:**
January 18, 2024
**Registration Decision Date:**
March 26, 2024

## Title

**Title of Work:** Outer Space Pizza Cat - Rainbow, Laser, Taco, Burrito

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** November 02, 2017
**Nation of 1st Publication:** Australia

## Author

- **Author:** James Booker
  **Pseudonym:** Random Galaxy
  **Author Created:** 2-D artwork
  **Citizen of:** Australia
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** James Booker
12 Pearl Circuit, Springfield, Queensland, 4300, Australia

## Rights and Permissions

**Organization Name:** Tate & Co Licensing
**Name:** Joseph Tate
**Email:** info@tatelicensing.com
**Telephone:** (732)395-7696

## Certification

**Name:** David Denholm



# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-390-865**

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 16, 2024

## Title

**Title of Work:** Laser Eyes Space Cat Riding Sloth, Llama - Rainbow

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** July 14, 2018
**Nation of 1st Publication:** Australia

## Author

- **Author:** James Booker
  **Pseudonym:** Random Galaxy
  **Author Created:** 2-D artwork
  **Citizen of:** Australia
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** James Booker
12 Pearl Circuit, Springfield, Queensland, 4300, Australia

## Rights and Permissions

**Organization Name:** Tate & Co Licensing
**Name:** Joseph Tate
**Email:** info@tatelicensing.com
**Telephone:** (732)395-7696

## Certification

**Name:** David Denholm



# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**
**VA 2-390-863**

**Effective Date of Registration:**
January 10, 2024

**Registration Decision Date:**
April 16, 2024

## Title

**Title of Work:** Laser Eyes Outer Space Cat Riding On Llama Unicorn

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** October 17, 2018
**Nation of 1st Publication:** Australia

## Author

- **Author:** James Booker
  **Pseudonym:** Random Galaxy
  **Author Created:** 2-D artwork
  **Citizen of:** Australia
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** James Booker
12 Pearl Circuit, Springfield, Queensland, 4300, Australia

## Rights and Permissions

**Organization Name:** Tate & Co Licensing
**Name:** Joseph Tate
**Email:** info@tatelicensing.com
**Telephone:** (732)395-7696

## Certification

**Name:** David Denholm

