**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

James Booker,

Plaintiff,

Case No.: 1:26-cv-05288

v.

Judge Andrea R. Wood

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A [2] of the Complaint:

| No. | Defendant |
|---|---|
| 1 | ryxkusushejiadianshangmaoxing |
| 2 | lmcliminchaobaihuoshanghang |
| 3 | FLYS |
| 4 | DVYK |
| 5 | YueTogiveLi |
| 6 | 100USshop |
| 7 | huxiuq09 |
| 8 | yaoxingyunashop |
| 9 | SUgeng |
| 10 | zhouyongzhuanqian |
| 11 | Plain Mode Store |
| 12 | Feng kitchen utensils store |
| 13 | Younger21 |
| 14 | Marys bargain shop |
| 15 | Apex Attire |
| 16 | MagicKids Mart |
| 17 | Rongxi home |

| | |
|---|---|
| 18 | TrendRR |
| 19 | LIVING QUALITY |
| 20 | HUA Kai |
| 21 | Love DIY Su |
| 22 | SMHTM |
| 23 | ybydian |
| 24 | TTFVX |
| 25 | Zxlshop |
| 26 | MeowBurger |

This terminates the action.

DATED: September 17, 2026

Respectfully submitted,

/s/ Keith A. Vogt
Keith A. Vogt
FL Bar No. 1036084 | IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on September 17, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt